IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 1:15-CV-0011-P-BL |
| | ) | |
| MARY L. LATIMER HOULIHAN, | ) | |
| also known as Mary L. Latimer, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

On March 24, 2016, the assigned Magistrate Judge issued a Report and Recommendation (doc. 17) in which he recommended that the Court grant Plaintiff's Motion for Summary Judgment (doc. 14) and enter judgment on its claims against her. No party has filed any objection to the recommendation. After reviewing the Report and Recommendation of the United States Magistrate Judge for plain error, the undersigned is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion for Summary Judgment (doc. 14) and finds that Plaintiff is entitled to judgment as a matter of law.

**SIGNED this 21st day of April, 2016.**

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE